UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BNY Mellon,

            Plaintiff(s),

v.                                        Case No. 5:14–cv–14526–JCO–MJH
                                                Hon. John Corbett OMeara

Usir N. El Bey,

            Defendant(s),

## NOTICE OF DETERMINATION OF MOTION
## WITHOUT ORAL ARGUMENT

    The following motion(s) have been filed:

        Motion for Writ of Mandamus – #10
        Motion to Dismiss – #13
        Motion to Strike – #16
        Motion – #18
        Motion – #20

    Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge John Corbett O'Meara *without* oral argument.

    Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

    Courtesy copies shall be provided directly to chambers as soon as possible.

## Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                            By: s/W. Barkholz
                                                   Case Manager

Dated:  January 15, 2015