UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BNY Mellon,

            Plaintiff(s),

v.                                        Case No. 5:14−cv−14526−JCO−MJH
                                             Hon. John Corbett O'Meara

Usir N. El Bey [E−Filer],

            Defendant(s).

**NOTICE OF REMAND**

TO:  36TH DISTRICT COURT

    Enclosed are certified copies of the Order of Remand and this Court's docket sheet.

    Please acknowledge receipt of these documents by returning a time−stamped copy of this Notice to:

            Clerk's Office
            U.S. District Court for the Eastern District of Michigan
            231 W. Lafayette Boulevard, 5th Floor
            Detroit, Michigan  48226
            (313) 234−5005

**Certification**

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                          DAVID J. WEAVER, CLERK OF COURT

                                          By: s/ D. Peruski
                                          Deputy Clerk

Dated:   January 20, 2015